CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 13 2014

JULIA C. DUDLEY, CLERK
BY:
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| PERCIVAL NORMAN FENTON, | CASE NO. 7:14CV00174 |
| Petitioner, | |
| v. | FINAL ORDER |
| UNITED STATES OF AMERICA, | By: Glen E. Conrad |
| | Chief United States District Judge |
| Respondent. | |

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 5:07CR00025 |
| v. | FINAL ORDER |
| PERCIVAL NORMAN FENTON, | By: Glen E. Conrad |
| | Chief United States District Judge |
| Defendant. | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that the petition for a writ of coram nobis is **DISMISSED**, and this action is stricken from the active docket of the court.

ENTER: This 13th day of May, 2014.

_____
Chief United States District Judge